## 7587

### MURPHY v. DONNELLY.

1. RULED by case of *Sanders* v. *Donnelly, infra,* 94.
2. REHEARING refused.

Petition in the original jurisdiction of this Court by Thomas M. Murphy for writ of mandamus against P. R. Donnelly.

*Mr. W. St. Julien Jervey* for petitioner.

*Mr. Octavus Cohen,* contra.

The opinion was filed in this case on May 11, but held up on petition for rehearing until

May 19, 1910.   The opinion of the Court was delivered by

MR. JUSTICE WOODS.   The issues in this case are the same as those in *Sanders* v. *Donnelly,* and the judgment in that case is conclusive of this.

The judgment of this Court is that the petition for mandamus be dismissed.

May 19, 1910.   PER CURIAM.   Careful examination of the petition for rehearing does not convince us that there was any material issue arising on the record overlooked or disregarded in the judgment of the Court.

The petition is, therefore, dismissed and the order staying the remittitur revoked.